**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>        Plaintiff,<br><br>    v.<br><br>M. LEFORS, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-00233-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DIRECTING PLAINTIFF TO PAY THE $400.00 FILING FEE WITHIN FOURTEEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER OR THE ACTION WILL BE DISMISSED<br><br>[ECF Nos. 6, 7] |

        Plaintiff Gregory Ell Shehee is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

        On March 13, 2018, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion to proceed in forma pauperis in this action be denied because he has suffered three or more strikes under 28 U.S.C. § 1915(g). (ECF No. 7.) The Findings and Recommendations was served on Plaintiff and contained notice that objections were to be filed within fourteen days. (Id.) Plaintiff did not file objections.

        On April 4, 2018, Plaintiff filed a notice of change of address. (ECF No. 8.) Therefore, on April 5, 2018, the Court re-served the Findings and Recommendations on Plaintiff at his new address of record. Plaintiff did not file objections and the time period to do so has expired.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The March 12, 2018 Findings and Recommendations (ECF No. 7) are adopted in full;
2. Plaintiff's motion to proceed in forma pauperis in this action is denied; and
3. Within **fourteen (14)** days from the date of service of this order, Plaintiff shall submit the $400.00 filing fee or this action will be dismissed.

IT IS SO ORDERED.

Dated: **April 23, 2018**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE