# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No.: 1:18-cv-00233-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION FOR FAILURE TO PAY THE $400.00 FILING FEE |
| M. LEFORS, et al., | [ECF No. 9] |
| Defendants. | |

Plaintiff Gregory Ell Shehee is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 23, 2018, the Court denied Plaintiff's application to proceed in forma pauperis and directed Plaintiff to pay the $400.00 filing fee within fourteen days or the action would be dismissed. (ECF No. 9.) Over fourteen days have passed and Plaintiff has not paid the filing fee.

Accordingly, it is HEREBY ORDERED that the instant is dismissed, without prejudice, for failure to pay the $400.00 filing fee.

IT IS SO ORDERED.

Dated: **May 9, 2018**          /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE

1